# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: IVELISSE FELICIANO FIGUEROA                    Bankruptcy Number: 13-02066-BKT
                                                       Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 03/17/2013                       First Meeting Date: 04/19/2013 at 8:00AM
Days From Petition Date: 33                            341 Meeting Date: 04/19/2013 at 8:00AM
910 Days Before Petition: 09/17/2010                   Confirmation Hearing Date: 05/17/2013 at 2:30PM
Chapter 13 Plan Date: 03/19/2013 ☐ Amended             Plan Base: $6,250.00   Plan Docket # 9
This is Debtor(s) _____ Bankruptcy petition.           This is the _____ scheduled meeting.
Payment(s) ☐ Received or ☐ Evidence shown at meeting:  Total Paid In: $0.00
Check/MO# _____
Date: _____   Amount: $ _____

## I. Appearances:    ☐ Telephone    ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined    ☒ Not Examined under Oath           ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☒ Not Present  ☐ Present  Name of Attorney Present: _____  ☐ Pro-se
☐ Creditor(s) Present        ☒ None               (Other than Attorney of Record)
_____

## II. Attorney Fees as per R 2016(b) Statement:    Attorney of Record: JUAN O CALDERON LITHGOW*

Total Agreed: $3,000.00    Paid Pre-Petition: $0.00    Outstanding (Through the Plan): $3,000.00

## III. Trustee will file Motion to Dismiss: ☐ For Failure to Appear  ☐ For Failure to Commence Payments

## IV. Trustee's Report on Confirmation & Status of §341 Meeting

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income    Liquidation Value: $ _____

Commitment Period is ☐ 36 months ☐ 60 months §1325(b)(1)(B)   Projected Disp. Inc.: $ _____
The Trustee:    ☐ NOT OBJECTS   ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ___ %
§341 Meeting    ☒ CONTINUED    ☐ NOT HELD    ☐ CLOSED    ☐ HELD OPEN FOR ____ DAYS
§341 Meeting Rescheduled for: May 15, 2013 at 8:00 AM
Comments: Debtor did not have social security card or document sufficient to confirm social security number.

V. Trustee's OBJECTIONS to Confirmation:

| /s/ Jose R. Carrión, Esq. | /s/ Alexandra Rodriguez, Esq. | Meeting Date: Apr 19, 2013 |
|---|---|---|
| Trustee | Presiding Officer | |