UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN Re:

IVELISSE FELICIANO FIGUEROA

XXX-XX-2815

DEBTOR (S)

Case No. 13-02066-BKT

CHAPTER 13

**NOTICE OF CLOSING 341 CREDITORS MEETING
AFTER PROVIDING
EVIDENCE OF COMPLIANCE WITH 11 U.S.C. § 1308**

**TO THE HONORABLE COURT:**

   **NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully alleges and informs:

   1. The Section 341 Creditors Meeting in this case was held on **May 15, 2013.** After the relevant inquiry, the Trustee decided to hold the meeting open pending Debtor(s) remittance of evidence of applicable tax returns for all taxable periods during the 4-year period ending on the date of the filing of the petition, in compliance with 11 U.S.C. §1308.

   2. Through this notice the Trustee CLOSES the Section 341 meeting and certifies that debtor(s) provided evidence of filing the applicable tax returns in compliance with 11 U.S.C. §1308.

**WHEREFORE,** for the reasons herein stated the Trustee respectfully informs this Honorable Court, all creditors and parties in interest of the **CLOSING of the 341.**

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies a copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective addresses of record as they appear in the attached master address list to the address of record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico this, May 28, 2013.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | IVELISSE FELICIANO FIGUEROA<br>EL ROSARIO<br>I 32 CALLE OSCAR COLLAZO<br>VEGA BAJA, PR 00693 |
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | DEPT STORES NATIONAL BANK/MACYS<br>NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>G.P.O. BOX 36-6818<br>SAN JUAN, PR 00936 | DSNB MACYS<br>MACY'S BANKRUPTCY<br>PO BOX 8053<br>MASON, OH 45040 |
| BANK OF AMERICA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO, CA 92123 |
| PR ACQUISITIONS LLC<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 | PR ACQUISITIONS LLC<br>PO BOX 194499<br>SAN JUAN PR 00919-4499<br>, 00919-4499 |
| USDA RURAL DEVELOPMENT<br>PO BOX 790170<br>ST LOUIS, MO 63179-0170 | IVELISSE FELICIANO FIGUEROA<br>EL ROSARIO<br>I 32 CALLE OSCAR COLLAZO<br>VEGA BAJA, PR 00693 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928 | , 00000 |
| PROVIMI<br>PO BOX 248<br>Vega Baja, PR 00694 | GAP CARD<br>PO BOX 965005<br>ORLANDO, FL 32896 |
| AMERICAN INFOSOURCE/T MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | SECURITY CREDIT SERV<br>PO BOX 1156<br>OXFORD, MS 38655 |